## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION NO. |
| | : | 3:12-CV-01428 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BETA THETA PI FRATERNITY, MU EPSILON CHAPTER OF BETA THETA PI FRATERNITY, RAIMOND DUY BAIRD MEMORIAL ASSOCIATION, INC. and WESLEYAN UNIVERSITY | : | |
| | : | |
| Defendants. | : | OCTOBER 1, 2013 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, Defendant and Cross-Claimant Beta Theta Pi Fraternity, Defendant and Cross-Claimant Mu Epsilon Chapter of Beta Theta Pi Fraternity, Defendant Raimond Duy Baird Memorial Association, Inc., Defendant Wesleyan University, and Third-Party Defendant John O'Neill, by and through their attorneys, hereby stipulate that this action and any and all cross claims and third-party claims may be dismissed with prejudice and without either costs or attorneys' fees being assessed to any of the above-named parties.  There shall be no right of appeal.

| | |
|---|---|
| PLAINTIFF, JANE DOE<br><br>By  */s/ Douglas E. Fierberg*<br>    Douglas E. Fierberg, Esq.<br>    Bode & Grenier, LLP<br>    1150 Connecticut Avenue, N.W.<br>    Ninth Floor<br>    Washington, D.C. 20036<br><br>By  *s/ Timothy O'Keefe*<br>    Timothy O'Keefe, Esq.  (ct15005)<br>    Kristen E. Kenney, Esq.  (ct23488)<br>    Kenny, O'Keefe & Usseglio, P.C.<br>    21 Oak Street, Suite 208<br>    Hartford, CT 06106<br><br><br>DEFENDANT,<br>WESLEYAN UNIVERSITY<br><br>By: */s/ James H. Rotondo*<br>    James H. Rotondo  (ct05173)<br>    Jaime Bachrach  (ct29145)<br>    Day Pitney LLP<br>    242 Trumbull Street<br>    Hartford, CT 06103<br><br><br>THIRD-PARTY DEFENDANT,<br>JOHN O'NEILL<br><br>By  */s/ Jeremiah D. Mahoney*<br>    Jeremiah D. Mahoney, Esq.  (ct19794)<br>    Vehslage & Lahr, LLP<br>    1160 Silas Deane Hwy., Suite 202<br>    Wethersfield, CT 06109 | DEFENDANT AND CROSS-CLAIMANT,<br>BETA THETA PI FRATERNITY<br><br>By  *s/ Jeremy D. Platek*<br>    Jeremy D. Platek, Esq.  (ct29109)<br>    Driefuss, Bonacci & Parker PC<br>    777 Westchester Avenue<br>    Suite 101<br>    White Plains, NY 10604<br><br><br>DEFENDANT AND CROSS-CLAIMANT,<br>MU EPSILON CHAPTER OF BETA THETA<br>PI FRATERNITY and DEFENDANT<br>RAIMOND DUY BAIRD MEMORIAL<br>ASSOCIATION, INC.<br><br>By  *s/ Kevin A. Coles*<br>    Kevin A. Coles, Esq.  (ct04350)<br>    Catherine L. Creager, Esq.  (ct23645)<br>    Coles, Baldwin & Kaiser, LLC<br>    1261 Post Road<br>    Fairfield, CT 06824<br><br>By  *s/ Scott M. Karsten*<br>    Scott M. Karsten<br>    Karsten & Tallberg, LLC<br>    8 Lowell Road<br>    West Hartford, CT 06119 |

## CERTIFICATION OF SERVICE

  I HEREBY CERTIFY that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            */s/ James H. Rotondo*
            James H. Rotondo  (ct05173)